

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 12, 2013.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Arthur Lee Carruth | § | CASE NO. 13-10520 |
| Helen Frances Carruth | § | CHAPTER 7 |
| DEBTORS | § | |

**ORDER SETTING VALUE FOR REDEMPTION WITH CAPITAL ONE, NA/BEST BUY CARD/HSBC ACCOUNT NO. 7001062371050802**

On this day the Court considered the Motion to Redeem Tangible Personal Property From Capital One, NA/Best Buy Card/HSBC filed by Arthur Lee Carruth and Helen Frances Carruth. The Court, having considered the motion by the Debtors, find that it should be granted. It is therefore;

ORDERED that the allowed secured claim of Capital One, NA/Best Buy Card/HSBC is $400.00 secured by a lien on Dell laptop M501R, Dell laptop 115RN5110, laptop accessories and software, Samsung camera, and camera accessories.

It is further ORDERED that the Debtor may redeem the subject property by paying $400.00 in a single cash payment within 30 days from the date of this order at which time the creditor will release its lien as to the property so redeemed.

# # #

*Prepared in the office of and submitted by:*
*Michael Baumer*
*7600 Burnet Rd., Suite 530*
*Austin, TX 78757*
*512-476-8707; Fax 512-476-8604*